UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re SYLVESTER REYNOLDS, | No. C 11-3517 PJH (PR) |
| Plaintiff. | **ORDER OF DISMISSAL** |

This case was opened when plaintiff wrote a letter to the court regarding medical care.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given thirty days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed thirty days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

No response has been received.  This case is therefore **DISMISSED** without prejudice.  No fee is due.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 6, 2011.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.11\REYNOLDS3517.DSM.wpd